AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
Eastern District of Arkansas

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUL 1 6 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

| United States of America | ) |  |  |
|---|---|---|---|
| v. | ) |  |  |
| MICHAEL PAUL GOOD | ) | Case No: | 4:04CR00047-001 SWW |
|  | ) | USM No: | 23249-009 |
| Date of Previous Judgment: 02/22/2005 | ) | | JACK T. LASSITER |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney | |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __151__ months **is reduced to** __121 MONTHS__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: __31__             Amended Offense Level: __29__
Criminal History Category: __IV__          Criminal History Category: __IV__
Previous Guideline Range: __151__ to __188__ months   Amended Guideline Range: __121__ to __151__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated __02/22/2005__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: __07/16/2008__

Judge's signature

Effective Date: _____
(if different from order date)

Susan Webber Wright, United States District Judge
Printed name and title